UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BROOKLYN DOWNTOWN HOTEL LLC,:
HLAM 216 DUFFIELD, LLC *et al* :
: Case No. 1:15-CV-01578 (PAC)
          Plaintiffs, :
:
  -against- : **STIPULATION OF DISMISSAL**
:
NEW YORK HOTEL & MOTEL TRADES:
COUNCIL, AFL-CIO, and INTERSTATE:
HOTELS & RESORTS, INC. :
:
          Defendants. :
------------------------------------------------------------X

    It is hereby stipulated by undersigned counsel for Plaintiffs and Defendants respectively, that this action, having been resolved to the satisfaction of each party, should be dismissed as to every count and claim with prejudice, each party bearing its own costs and fees.

COZEN O'CONNOR

By: _____
Robert Hawkins
(rhawkins@cozen.com)
277 Park Avenue, 20th Floor
New York, NY 10172
May 8, 2019
*Attorneys for Plaintiffs*

PITTA LLP

By: _____
Barry N. Saltzman
(bsaltzman@pittalaw.com)
120 Broadway, 28th Floor
New York, NY 10271
May 6, 2019
*Attorneys for Defendant*

SO ORDERED


_____
U.S.D.J.
New York, NY
May ___, 2019

LEGAL\40906009\1